# Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**

City: Hagåtña

Country/Parish: N/A

**Related Case Information:**

Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant __X__
Search Warrant Case Number _____
R 20/ R 5(c) from _____

**06-00043**

**Defendant Information:**

Juvenile: Yes ___ No _X_   Matter to be sealed: _X_ Yes ___ No

Defendant Name: THIRUNAVUKARASU VARATHARASA

Allisas Name: _____

Address: _____

**RECEIVED SEP 28 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM**

Birth date: XX/XX/   SS#: N/A   Sex: M   Race: A   Nationality: Republic of Indonesia

**U.S. Attorney Information:**

AUSA: Marivic P. David

Interpreter: ___ No _X_ Yes   List language and/or dialect: Indonesian

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: 1   ___ Petty ___ Misdemeanor _X_ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371, and 22 U.S.C. § 2778 | CONSPIRACY TO EXPORT DEFENSE ARTICLES | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(Continued on reverse)

Date: 9/27/06   Signature of AUSA: [signature]

ORIGINAL