```
 1 | LEONARDO M. RAPADAS
   | United States Attorney
 2 | MARIVIC P. DAVID
   | Assistant U.S. Attorney
 3 | Sirena Plaza Suite 500
   | 108 Hernan Cortez Avenue
 4 | Hagatna, Guam 96910
   | Telephone: (671) 472-7332
 5 | Telecopier: (671) 472-7334
 6 | JAMES G. WARWICK
   | Assistant U.S. Attorney
 7 | 36 South Charles Street
   | Fourth Floor
 8 | Baltimore, Maryland 21201
   | Telephone: (410) 209-4860
 9 | Telecopier: (410) 962-3124
10 | Attorneys for the United States of America
```

**FILED**
DISTRICT COURT OF GUAM
SEP 28 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 06-00043 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| THIRUNAVUKARASU VARATHARASA, | ) |
| Defendant. | ) |

This matter having come before this Honorable Court based on the United State's Application to Seal the Complaint, and Warrant for Arrest, in the above-captioned matter; and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the documents be sealed, until otherwise Ordered by the Court.

DATE: 9/28/2006

_____
JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam