1  LEONARDO M. RAPADAS
   United States Attorney
2  MARIVIC P. DAVID
   Assistant U.S. Attorney
3  Sirena Plaza Suite 500
   108 Hernan Cortez Avenue
4  Hagatna, Guam 96910
   Telephone: (671) 472-7332
5  Telecopier: (671) 472-7334

6  JAMES G. WARWICK
   Assistant U.S. Attorney
7  36 South Charles Street
   Fourth Floor
8  Baltimore, Maryland 21201
   Telephone: (410) 209-4860
9  Telecopier: (410) 962-3124

**FILED**
DISTRICT COURT OF GUAM
SEP 29 2006
MARY L.M. MORAN
CLERK OF COURT

10 Attorneys for United States of America

11 IN THE UNITED STATES DISTRICT COURT

12 FOR THE DISTRICT OF GUAM

14 UNITED STATES OF AMERICA,  )   CRIMINAL CASE NO. 06-00043
                              )
15                Plaintiff,  )
                              )
16        vs.                 )   UNITED STATE'S APPLICATION
                              )   TO UNSEAL COMPLAINT AND
17                            )   AFFIDAVIT, AND WARRANT
   THIRUNAVUKARASU            )   FOR ARREST
18    VARATHARASA,            )
                              )
19                Defendant.  )
                              )

COMES NOW the United States and moves this Honorable Court for an Order unsealing the Complaint and Affidavit, and Warrant for Arrest, in the above-captioned matter, for the reason that the investigation in this case is now complete and there is no further reason for these proceedings to remain silent.

Respectfully submitted this  29th  day of September, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney