# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-06-00043  DATE: September 29, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori  Court Reporter: Leilani Hernandez
Courtroom Deputy: Virginia T. Kilgore  Electronically Recorded: 6:31:05 - 6:35:48
CSO: F. Tenorio

**APPEARANCES:**
Defendant: Thirunavukarasu Varatharasa  Attorney: Rawlen Mantanona
☑ Present ☑ Custody ☐ Bond ☐ P.R.  ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Marivic P. David  U.S. Agent: John Burgess, B.I.C.E.
U.S. Probation: Carleen Borja  U.S. Marshal: R. Lumagui / V. Roman / J. Curry
Interpreter: Ranjna Dewan  Language: Hindi

**PROCEEDINGS: Initial Appearance re Complaint**
- Financial Affidavit reviewed and accepted: Rawlen Mantanona appointed to represent the defendant.
- Mr. Mantanona informed the Court that his client needs a Tamil interpreter. Accordingly, the Court continued the hearing so that it may secure an interpreter.
- Proceedings continued to: October 2, 2006 at 3:00 p.m.
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention

NOTES: