FILED
DISTRICT COURT OF GUAM
SEP 29 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>**THIRUNAVUKARASU VARATHARASA,**<br><br>Defendant. | CRIMINAL CASE NO. 06-00043<br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that **RAWLEN M. MANTANONA** is appointed to represent the defendant in the above-entitled case.

Dated this 29th day of September, 2006.

_____
JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge
U.S. DISTRICT COURT OF GUAM