# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-06-00043    DATE: October 02, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori    Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez    Electronically Recorded: 3:25:03 - 3:41:30
CSO: N. Edrosa

**APPEARANCES:**
Defendant: Thirunavukarasu Varatharasa    Attorney: Rawlen Mantanona
☑ Present ☑ Custody ☐ Bond ☐ P.R.    ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Marivic P. David    U.S. Agent: John Burgess, B.I.C.E.
U.S. Probation: Maria Cruz / Carleen Borja    U.S. Marshal: V. Roman / G. Perez
Interpreter: Krishnan Seerengan    Language: Tamil

**PROCEEDINGS: Continued Initial Appearance re Complaint**
- Defendant advised of his rights and charges.
- Preliminary Examination set for: 10/06/2006 at 2:30 p.m.
- Defendant to remain in the custody of the U.S. Marshals Service.

NOTES: