LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

JAMES G. WARWICK
Assistant U.S. Attorney
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
Telephone: (410) 209-4860
Telecopier: (410) 962-3124

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
OCT - 6 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00043 |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| ) | Granting United States' Motion |
| THIRUNAVUKARASU ) | to Dismiss Complaint |
| VARATHARASA, ) | |
| Defendant. ) | |

This matter having come before this Honorable Court based on the United State's Motion to Dismiss Complaint in the above-captioned matter; and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the Complaint be dismissed.

DATE: Oct. 6, 2006

FRANCES M. TYDINGCO-GATEWOOD*
District Court of Guam

---

*The Honorable Frances M. Tydingco-Gatewood, United States District Judge by designation.