| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| GUX | VARATHARASA, THIRUNAVUKARASU | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| 1:06-000022-001 | 1:06-000043-001 | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| U.S. v. VARATHARASA | Felony | Adult Defendant | Criminal Case |

**11. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section). If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 22 2778B.F -- REGISTRATION AND LICENSING REQUIREMENTS

**12. ATTORNEY'S STATEMENT**
As the attorney for the person represented who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request:
- Authorization to obtain the service. Estimated Compensation: $ _____ OR
- Approval of services already obtained to be paid for by the United States from the Defender Services Appropriation. (Note: Prior authorization should be obtained for services in excess of $500)

_____ _____
Signature of Attorney                                    Date

  Panel Attorney   Retained Atty   Pro-Se   Legal Organization
Attorney's name (First name, Middle initial, Last name, including suffix) and mailing address.

Telephone Number: _____

**13. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES** (See Instructions)

**14. TYPE OF SERVICE PROVIDER**
01 _ Investigator                 20 _ Legal Analyst/Consultant
02 X Interpreter/Translator       21 _ Jury Consultant
03 _ Psychologist                 22 _ Mitigation Specialist
04 _ Psychiatrist                 23 _ Duplication Services (See Instructions)
05 _ Polygraph Examiner           24 _ Other (specify)
06 _ Documents Examiner
07 _ Fingerprint Analyst
08 _ Accountant
09 _ CALR (Westlaw/Lexis,etc)
10 _ Chemist/Toxicologist
11 _ Ballistics Expert
13 _ Weapons/Firearms/Explosive Expert
14 _ Pathologist/Medical Examiner
15 _ Other Medical Expert
16 _ Voice/Audio Analyst
17 _ Hair/Fiber Expert
18 _ Computer (Hardware/Software/Systems)
19 _ Paralegal Services

**15. Court Order**
Financial eligibility of the person represented having been established to the court's satisfaction, the authorization requested in Item 12 is hereby granted.

_____
Signature of Presiding Judicial Officer or By Order of the Court

_____       _____
Date of Order         Nunc Pro Tunc Date
Repayment or partial repayment ordered from the person represented for this service at time of authorization.
  YES    NO

| 16. SERVICES AND EXPENSES (Attach itemization of services and expenses with dates) | AMOUNT CLAIMED | MATH/TECHNICAL ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|
| a. Compensation | | | |
| b. Travel Expenses (lodging, parking, meals, mileage, etc.) | | | |
| c. Other Expenses | | | |

**17. PAYEE'S NAME** (First Name, M.I., Last Name, including any suffix) and MAILING ADDRESS

TIN: _____
Telephone Number: _____

**CLAIMANT'S CERTIFICATION FOR PERIOD OF SERVICE FROM** _____ **TO** _____
**CLAIM STATUS**  Final    Interim Payment Number _____    Supplemental Payment
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee: _____                    Date: _____

**18. CERTIFICATION OF ATTORNEY:** I hereby certify that the services were rendered for this case.

Signature of Attorney: _____                          Date: _____

| 19. TOTAL COMPENSATION | 20. TRAVEL EXPENSES | 21. OTHER EXPENSES | 22. TOT. AMT APPROVED/CERTIFIED |
|---|---|---|---|
| | | | |

23. _ Either the cost (excluding expenses) of these services does not exceed $500, or prior authorization was obtained.
    _ Prior authorization was not obtained, but in the interest of justice the court finds that timely procurement of these necessary services could not await prior authorization, even though the cost (excluding expenses) exceeds $500.

_____  _____  _____
Signature of Presiding Judicial Officer    Date    Judge/Mag. Judge Code

| 24. TOTAL COMPENSATION | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMOUNT APPROVED |
|---|---|---|---|
| | | | |

**28. PAYMENT APPROVED IN EXCESS OF THE STATUTORY THRESHOLD UNDER 18 U.S.C. 3006A(e)(3)**

_____  _____  _____
Signature of Chief Judge, Court of Appeals (or Delegate)    Date    Judge Code